OLIVER & DUNCAN
Donald E. Oliver, OSB#00010, CSB #107114
Karen E. Duncan, OSB #97160, CSB # 160472
P. O. Box 1471
Redmond, OR 97756
(541) 504-8250
redmondlaw@bendcable.com
vaquero1@bendbroadband.com

Attorneys for plaintiff Gabriel C. Gortarez

FILED'06 JAN 10 15:10USDC-ORE

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **GABRIEL C. GORTAREZ,** | Case No. 6:04-CV-6352 |
| Plaintiff, | |
| v. | REQUEST FOR DISMISSAL - ENTIRE ACTION, WITH PREJUDICE |
| **CROWN PACIFIC TIMBER LIMITED PARTNERSHIP,** an Oregon limited partnership; **CROWN PACIFIC PARTNERS, L.P.,** A Delaware limited partnership; and **CROWN PACIFIC (HOLDINGS), LTD.,** an Oregon corporation, | |
| Defendants. | |

Plaintiff Gabriel C. Gortarez hereby requests that the above-entitled action be dismissed with prejudice. No appearance has been filed by any defendant, and plaintiff is now informed that all of the named defendants filed for protection under Chapter 11 of the U. S. Bankruptcy Code on June 29, 2003, in the District of Arizona and that said bankruptcy was administered as *In Re CP Acquisition Co.*, Case No. 03-11258-PHX-RJH.

While plaintiff's counsel believed that plaintiff was not listed as a creditor and had not been notified of the bankruptcy as of the date of the filing of this action, it has now been determined that plaintiff was notified of the bankruptcy in late 2003.

| | | |
|---|---|---|
| 1 | DATED: January 8, 2006 | OLIVER & DUNCAN |
| 2 | | |
| 3 | | _Donald E. Oliver_<br>By Donald E. Oliver, OSB # 00010 |
| 4 | | Attorneys for plaintiff<br>Gabriel C. Gortarez |

## ORDER

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice.

DATED: January **10**, 2006

Michael R. Hogan
United States District Court Judge

*Request for Dismissal with Prejudice, Page 2*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY MAIL** |
| 2 | STATE OF OREGON, COUNTY OF DESCHUTES: |
| 3 | I, the undersigned, declare and certify: |

I am a resident of the County of Deschutes, State of Oregon. I am over 18 years of age and I am not a party to the above-entitled cause. My business address is 836 S. W. 12th Street, Redmond, Oregon, and my mailing address is Post Office Box 1471, Redmond, OR 97756.

On January 8, 2006, I served the foregoing document entitled REQUEST FOR DISMISSAL - ENTIRE ACTION, WITH PREJUDICE on the interested parties in this action by depositing true copies thereof in the United States mail at Redmond, Oregon, enclosed in sealed envelopes with postage thereon fully prepaid, addressed as follows:

Andrews Kurth, LLP
Attorneys at Law
601 South Figueroa, Suite 3700
Los Angeles, CA 90017          ATTN: John Melissinos

Ball Janik, LLP
Attorneys at Law
101 Southwest Main Street, Suite 1100
Portland, OR 97204-3219        ATTN: Robert S. Ball

_Donald E. Oliver_
Donald E. Oliver

**Certificate of True Copy**

I hereby certify that the foregoing document is a true and complete copy of the original thereof.

_Donald E. Oliver_
Donald E. Oliver, OSB # 00010

*Request for Dismissal with Prejudice, Page 3*